# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
TESHA CONNORS-ROBINSON,            *
                                   *    No. 12-372V
                Petitioner,        *    Special Master Christian J. Moran
                                   *
v.                                 *    Filed: May 14, 2013
                                   *
SECRETARY OF HEALTH                *    Attorneys' fees and costs; stipulation of
AND HUMAN SERVICES,                *    fact; award in the amount to which
                                   *    respondent does not object
                Respondent.        *
                                   *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

Verne E. Paradie, Jr., Paradie, Sherman and Worden, Lewiston, ME, for Petitioner;
Althea W. Davis, U.S. Department of Justice, Washington, D.C., for Respondent.

## UNPUBLISHED DECISION ON FEES AND COSTS[1]

Respondent filed a stipulation of fact concerning final attorneys' fees and costs in the above-captioned matter on May 10, 2013. Previously, Ms. Connors-Robinson informally submitted a draft application for attorneys' fees and costs to respondent for review. Respondent does not object to an award in the amount of $6,400.00 for attorneys' fees and $663.19 for costs, for a total of $7,063.19. The Court awards this amount.

Ms. Connors-Robinson filed for compensation on June 11, 2012 alleging that she was injured by the tetanus-diphtheria-acellular pertussis vaccine she received on May 18, 2011. Ms. Connors-Robinson received compensation based upon the parties' stipulation. Decision, filed Apr. 22, 2013. Because Ms. Connors-Robinson received compensation, she is entitled to an award of attorneys' fees and costs. 42 U.S.C. § 300aa-15(e).

Ms. Connors-Robinson seeks a total of **$7,063.19** in attorneys' fees and costs for her counsel. Additionally, in compliance with General Order No. 9, Ms. Connors-Robinson filed a statement indicating that she incurred no out-of-pocket litigation expenses while pursuing this claim. Respondent has no objection to the amount requested for attorneys' fees and costs.

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

After reviewing the request, the court awards a check made payable to petitioner and petitioner's attorney in the amount of **$7,063.19** for attorneys' fees and other litigation costs. The court thanks the parties for their cooperative efforts in resolving this matter.

The Clerk shall enter judgment accordingly.[2]

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.